IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA NAILS., | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-mc-9 |
| v. | |
| DOING BUSINESS AS NAILS, | |
| Defendant. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's November 5, 2020, Report and Recommendation, (doc. 3), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 3), as its opinion and dismisses Plaintiff's Complaint. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 24th day of November, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA